IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-30013 |
| | ) | |
| GARY HARPOLE , | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the Defendant's Motion to Modify Judicial Sentencing Recommendation (d/e 20).  The Motion is ALLOWED.  The Court hereby withdraws its prior recommendation to the Bureau of Prisons to place Defendant Harpole in the federal correctional facility located in Coleman, Florida.  The Court recommends to the Bureau of Prison that Defendant Gary Harpole be placed in a facility as close to Central Florida as possible.  The Clerk is directed to send a copy of this Opinion to the Bureau of Prisons.

IT IS THEREFORE SO ORDERED.

ENTER:   November 23, 2005.

FOR THE COURT:

                                            s/ Jeanne E. Scott
                                            JEANNE E. SCOTT
                                UNITED STATES DISTRICT JUDGE